IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Simon Russell, | No. CV-14-02474-TUC-RM (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Mauricio Alberto Flores, et al., | |
| Defendants. | |

On January 10, 2017, Magistrate Judge Eric J. Markovich issued a Report and Recommendation (Doc. 118) recommending that this Court grant in part and deny in part Defendant Werner Enterprises, Inc.'s ("Werner") Motion for Partial Summary Judgment re: Punitive Damages and Negligent Hiring (Doc. 56)[1] and grant Defendant Werner's Motion for Partial Summary Judgment re: Negligent Hiring (Doc. 74). No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b)

---

[1] Defendant Mauricio Alberto Flores filed a notice of joinder to Defendant Werner's Motion for Partial Summary Judgment re: Punitive Damages and Negligent Hiring. (Doc. 96.)

advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."); *Prior v. Ryan*, CV 10-225-TUC-RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for clear error unobjected-to portions of Report and Recommendation).

The Court has reviewed Judge Markovich's Report and Recommendation, the parties' briefs, and the record. The Court finds no error in the recommendations of Judge Markovich's Report and Recommendation. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 118) is **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that Defendant Werner's Motion for Partial Summary Judgment re: Punitive Damages and Negligent Hiring (Doc. 56) is **granted in part and denied in part as follows**: the Motion is granted as to Plaintiff's negligent hiring claim and denied as to Plaintiff's punitive damages claim.

**IT IS FURTHER ORDERED** that Defendant Werner's Motion for Partial Summary Judgment re: Negligent Hiring (Doc. 74) is **granted**.

Dated this 9th day of February, 2017.

_____
Honorable Rosemary Márquez
United States District Judge